UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Elbert Dawkins,
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                                                                  CASE NO.: 1:22-cv-6622

Ivan Ramen USA, LLC

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Elbert Dawkins and the Defendant Ivan Ramen USA, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is    dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 23, 2023

| For Plaintiff Elbert Dawkins | For Defendant    Ivan Ramen USA, LLC |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/_**Margaret McGannon**<br><br>Margaret McGannon<br>Kent, Beatty & Gordon, LLP<br>Eleven Times Square 10th floor<br>New York, NY 10036<br>Ph:(212) 421-4300<br>mnm@kbg-law.com |

1

## CERTIFICATE OF SERVICE

I certify that on November 23, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        *s/Mark Rozenberg*
        Mark Rozenberg
        **Stein Saks, PLLC**
        1 University Plaza
        Hackensack, NJ 07601
        *Attorneys for Plaintiff*